FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR - 4 2009

JAMES W. McCORMACK, CLERK
By:_____
               DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO 4:09-CR-000 69 JLH |
| V. ) | |
| ) | 18 U.S.C. § 1038(a)(1) |
| ) | |
| TERRY L. SANDERS ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
{18 U.S.C. Section 1038}

From on or about January 19, 2009 and continuing to January 22, 2009, in the Eastern District of Arkansas and elsewhere, the defendant,

**TERRY L. SANDERS,**

did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place and would take place, that would constitute a violation of 18 U.S.C. chapters 10, 11B, and 113B, specifically, the defendant claimed to be involved with and have knowledge of an international terrorist plot to poison the food supply in the United States.

All in violation of Title 18, United States Code Section 1038(a)(1).

(END OF TEXT. SIGNATURE PAGE ATTACHED)