UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
EASTERN DISTRICT ARKANSAS
NOV 23 2012
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

RECEIVED
2012 NOV 23 AM 10:12
U.S. EASTERN DISTRICT
J.W. McCORMACK
DEP. CLERK

United States of America

vs.          No: 4:09CR00069JLH

Terry L. Sanders

## Notice of Unit Transfer and Address Change

Comes now Terry L. Sanders (pro-se) with this Notice of Unit Change/Transfer and Address Change As Follows:

(A) Terry L. Sanders has Been Advised By Staff of the USP1 in Coleman Flordia That he is Being Transfered To Another Facility very soon.

(B) The Staff for Safty Reasons will not Advise Terry Sanders of the Exact Date or the Facility that he is Being Sent To.

(C) The Clerk of This Court Can Look on The Justice Department Computor System And See the Present Address and Mail Any And All Legal Materials to him (Sanders) At the Correct Address.

(D) The Last Correspondance that was sent

To Terry L. Sanders that he Recieved was The united States Response To Terry L. Sanders Amended motion To Vacate, Set Aside, or Correct Sentence Filed on October 11, 2012, And An order from Honorable Judge Holmes Giving Sanders until November 16, 2012 To Answer the Governments Answer.

## Conclusion

This Defendant/Petitioner Ask this Honorable Court To order the Clerk of the Court To Re-Mail Any Materials/orders that was filed/ordered After the Date of October 16, 2012 To This Petitioner.

Also The Defendant/Petitioner Ask the Court to order the Clerk to verify the Bureau of Prisons Facility via the Justice Computor System To Correctly Mail Any And All Materials until the Defendant/Petitioner can Arrive At the New facility And Send A Complete Change of Address To This Court.

Date Submitted.

Monday Nov 19, 2012

Respectfully Submitted
X Terry S Sanders
Terry L. Sanders
Reg # 25464-009

Dear Clerk                                              Nov 19, 2012

  Please find Enclosed A Notice To The Court. Please File the Notice And Mail me A File marked copy.
  Please Be Advised that I'm in Transfer To Another Prison facility And they will not tell me the Address or Unit Due to Safety Security Reasons.
  Please Look on the B.O.P. Computer System for the Current Facility And Address Before Mailing the File Marked Copy Back

          Thank you
          Terry Sands
          #25464-009