# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 08 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| TERRY L. SANDERS | |

Case No. 4:09CR00069 JLH
USM No. 25464-009

R. Brannon Sloan, Jr.
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2, 3, 4, 5, and 6   of the term of supervision.
☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of federal, state, or local law | 12/21/2014 |
| 2 | Failure to submit monthly reports to probation office | 03/31/2015 |
| 3 | Failure to notify probation office of law enforcement contact | 12/21/2014 |
| 4 | Failure to participate in mental health counseling | 02/20/2015 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1662

Defendant's Year of Birth:  1969

City and State of Defendant's Residence:
Walnut Ridge, Arkansas

08/08/2017
Date of Imposition of Judgment

_____
Signature of Judge

J. Leon Holmes,                    U.S. District Judge
Name and Title of Judge

08/08/2017
Date

DEFENDANT: TERRY L. SANDERS
CASE NUMBER: 4:09CR00069 JLH

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Failure to notify probation office ten days prior to change in residence | 03/29/2015 |
| 6 | Leaving judicial district without permission of the Court or probation office | 04/30/2015 |

DEFENDANT: TERRY L. SANDERS
CASE NUMBER: 4:09CR00069 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

20 MONTHS with no term of supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the last six (6) months of imprisonment be spent in a community confinement facility under the supervision of the Bureau of Prisons. The Court further recommends the defendant participate in nonresidential substance abuse treatment and mental health treatment during incarceration.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL